IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 20-03046-06-CR-S-BP |
| JERRY D. PIERSON, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 13, 2020, Defendant was ordered to undergo a competency evaluation. (Doc. 195.) Defendant was examined by Cynthia A. Low, Ph.D., a Forensic Psychologist. (Doc. 225.) Dr. Low opined that Defendant is competent to proceed in this matter. (Doc. 225.) During a hearing held before United States Magistrate Judge David P. Rush, Judge Rush took judicial notice of Dr. Low's report, and no other evidence was offered. (Doc. 236.) Thereafter, Judge Rush issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 238.) No party objected to the Report and Recommendation, and the time to do so has passed. After reviewing the Record, including Dr. Low's report, it is **ORDERED** that Judge Rush's Report and Recommendation is adopted in its entirety, and the Court finds that Defendant is competent.

**IT IS SO ORDERED.**

DATE: August 13, 2021

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT